**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**


**ARNALDO LUGO FERNANDEZ,**

   **Plaintiff,**

**v.**         **CASE NO. 4:13-cv-323-MW/CAS**

**MICHAEL CREWS, et al.,**

   **Defendant.**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**ORDER ACCEPTING AND ADOPTING REPORT AND
<u>RECOMMENDATION</u>**


  The Court has considered the Magistrate's Report and Recommendation, ECF No. 6, filed June 25, 2013, along with the Magistrate's Order of July 8, 2013, ECF No. 8. The Court has also reviewed *de novo* Plaintiff's Objections to the Report and Recommendation, ECF No.7, filed July 5, 2013. Upon consideration,

  IT IS ORDERED:

  The report and recommendation is **accepted and adopted** as the Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's complaint, ECF 1, is

**DISMISSED with prejudice** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §1915(e)(2). The Clerk shall note this cause is dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(ii)."

The Clerk shall close the file.

SO ORDERED on July 10, 2013.

s/Mark E. Walker
United States District Judge
